**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CARAMOKO ABRAHAM SEYDOU, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-1612-HE |
| WARDEN DIAMONDBACK DETENTION CENTER, et al., | ) | |
| Respondents. | ) | |

**ORDER**

On August 4, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #9], recommending the court dismiss the petition for a writ of habeas corpus under 28 U.S.C. § 2241 as moot because petitioner has been removed to Sierra Leone and is no longer in custody. She advised the parties of their right to file an objection to the Report and Recommendation on or before August 25, 2026 and the consequences for failure to file a timely objection.

No objection has been filed.[1] The right to appellate review of both factual and legal issues is therefore waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #9] is **ADOPTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED as MOOT**.

[1] *The docket indicates the Report and Recommendation was returned undeliverable as to petitioner [Doc. #10]. Pursuant to LCvR5.4, the Report and Recommendation is deemed delivered by the court.*

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 27th day of August, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE